| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Daniel Lucid<br>Legal Helpers, P.C.<br>144 North Glendale Ave.<br>Suite 228<br>Glendale, CA 91206<br>(818) 243-0084 Fax: (818) 243-3674<br>California State Bar Number: 101068<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:09-bk-46006 |
|---|---|
| In re<br><br>Felicia Bushman<br><br><br><br>Debtor(s). | <br>**DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, _Felicia Bushman_ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on _12/19/2009_.

2. I am the owner of real property[1] at the following street address:

    _15515 W. Sunset Blvd. #302, Pacific Palisades, CA 90272_

    _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of _Union Bank of California_.

    b. Second deed of trust in favor of _HSBC_ *(if applicable)*.

    c. Third deed of trust in favor of _Condominium Administration Company_ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 3015-1.4
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*
Local Bankruptcy Rule 3015-1(m) - Page 2 of 5

F 3015-1.4

| In re<br>Felicia Bushman | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-46006 |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Union Bank of California<br>P.O. Box 85443<br>San Diego, CA 92186 | $2,952.52 | 4.1.10 | 4.14.10 |
| Creditor | | | |
| HSBC<br>PO Box 60130<br>City Of Industry, CA 91716-0130 | $1,050.00 | 4.15.10 | 4.15.10 |
| Creditor | | | |
| Condominium Administration Company<br>5700 Hannum Avenue<br>Culver City, CA 90230 | $595— | 4.1.10 | 4.1.10. |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2] Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3] A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4] Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 5

| In re Felicia Bushman | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-46006 |

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.    BANK STATEMENTS

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

   Date  4-20-10    Signature  /s/ Felicia Bushman
   Felicia Bushman
   Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Union Bank - Account Detail    4/20/10 12:57 PM

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 04/19/2010 | W.F.B MTG-ST-FINAN CHARLESTON SC | | -$203.00 | |
| 04/19/2010 | W.F.B MTG-ST-FINAN CHARLESTON SC | | -$203.00 | |
| 03/10/2010 | ARCO GASOL 251 LINCOLN BLV VENICE CA | | -$102.25 | |
| 03/01/2010 | UNION BANK 20TH & WILSHIRE SANTA MONICA CA | | -$100.00 | |
| Total | | | -$608.25 | |

Other Withdrawals

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 04/14/2010 | LOAN PAYMENT OR DEBIT | UBOC | -$2,852.52 | |
| 04/07/2010 | WITHDRAWAL | | -$1,190.00 | |
| 04/05/2010 | NSF ITEM RETURNED FEE | | -$68.00 | |
| 04/02/2010 | NSF ITEM RETURNED FEE | | -$34.00 | |
| 03/31/2010 | SERVICE CHARGE W/PAPER STATEMENT | | -$17.50 | |
| 03/31/2010 | NSF ITEM RETURNED FEE | | -$34.00 | |
| 03/31/2010 | CHECK IMAGE FEE | | -$2.00 | |
| 03/30/2010 | NSF ITEM PAID FEE | | -$170.00 | |
| 03/29/2010 | NSF ITEM PAID FEE 032610 | | -$170.00 | |
| 03/26/2010 | WITHDRAWAL | | -$1,200.00 | |
| 03/16/2010 | WITHDRAWAL | | -$100.00 | |
| 03/15/2010 | WITHDRAWAL | | -$200.00 | |
| 03/12/2010 | WITHDRAWAL | | -$300.00 | |
| 03/01/2010 | LOAN PAYMENT OR DEBIT | | -$2,952.52 | |
| 02/26/2010 | CHECK IMAGE FEE | | -$2.00 | |
| 02/25/2010 | WITHDRAWAL | | -$700.00 | |
| 02/25/2010 | SAFE DEPOSIT BOX RENTAL PYMT | | -$65.00 | |
| 02/19/2010 | WITHDRAWAL | | -$58.00 | |
| 02/18/2010 | WITHDRAWAL | | -$420.00 | |
| 02/10/2010 | LOAN PAYMENT OR DEBIT | | -$2,952.52 | |
| 02/02/2010 | NSF ITEM PAID FEE | | -$68.00 | |
| 01/29/2010 | SERVICE CHARGE W/PAPER STATEMENT | | -$17.50 | |
| 01/29/2010 | CHECK IMAGE FEE | | -$2.00 | |
| 01/21/2010 | WITHDRAWAL | | -$500.00 | |
| Total | | | -$14,175.56 | |

Tip: To edit your profile or make changes to your account information, go to Account Services.

https://bankingsso.uboc.com/web/accountdetail.do    Page 10 of 10

Union Bank - Account Detail                                                    4/20/10 12:56 PM

| Date | Transaction | Amount |
|---|---|---|
| 03/17/2010 | Check #6369 | -$144.00 |
| 03/16/2010 | Check #6368 | -$595.00 |
| 03/15/2010 | Check #6367 | -$292.00 |
| 03/15/2010 | Check #6366 | -$920.00 |
| 03/15/2010 | Check #6365 | -$843.00 |
| 03/04/2010 | Check #6360 | -$500.00 |
| 03/03/2010 | Check #6358 | -$100.00 |
| 03/02/2010 | Check #6361 | -$860.00 |
| 02/25/2010 | Check #6354 | -$25.00 |
| 02/24/2010 | Check #6355 | -$595.00 |
| 02/23/2010 | Check #6356 | -$206.00 |
| 02/19/2010 | Check #6357 | -$138.00 |
| 02/12/2010 | Check #6353 | -$200.00 |
| 02/11/2010 | Check #6350 | -$143.00 |
| 02/11/2010 | Check #6343 | -$1,750.00 |
| 02/10/2010 | Check #6351 | -$11.00 |
| 01/28/2010 | Check #6349 | -$3,405.00 |
| 01/27/2010 | Check #6346 | -$250.00 |
| 01/20/2010 | Check #6348 | -$133.00 |
| **Total** | | **-$43,651.09** |

Payments

| Date | Transactions | Memo | Withdrawal | Deposit |
|---|---|---|---|---|
| 04/15/2010 | HSBC MRTG SVCS TC PAYMENT PPD **********8205 | | -$1,050.00 | |
| 04/12/2010 | SAFECO INSURANCE INS PREM PPD **********1183 | | -$129.52 | |
| 04/07/2010 | VERIZON WIRELESS RDP PAYMEN PPD **********0001 | | -$142.77 | |
| 04/05/2010 | THE GAS COMPANY PAID SCGC WEB 0736034035 | | -$11.46 | |
| 04/01/2010 | VERIZON WIRELESS PAYMENTS PPD **********0001 | | -$142.77 | |
| 03/26/2010 | HSBC MRTG SVCS TC PAYMENT PPD **********0369 | | -$1,050.00 | |
| 03/25/2010 | DWP DIRECT DEBIT DIRECT PAY PPD **********0009 | | -$318.73 | |
| 03/15/2010 | SAFECO INSURANCE INS PREM PPD **********1183 | | -$129.52 | |
| 03/05/2010 | THE GAS COMPANY PAID SCGC WEB 0736034035 | | -$12.30 | |
| 03/01/2010 | VERIZON WIRELESS PAYMENTS PPD **********0001 | | -$183.17 | |
| 02/16/2010 | SAFECO INSURANCE INS PREM PPD **********1183 | | -$129.52 | |
| 02/16/2010 | HSBC MRTG SVCS TC PAYMENT PPD **********6148 | | -$1,065.00 | |
| 02/11/2010 | DWP DIRECT DEBIT DIRECT PAY PPD **********9112 | | -$354.07 | |

```
CONDOMINIUM ADMINISTRATION COMPANY, INC. 5700 HANNUM AVE., CULVER CITY, CA 90230 (310)645-9921
                               STATEMENT

   The claim of lien previously filed on your        STATEMENT DATE  03/25/10
   property is still in effect.  In order to
   release the claim of lien, payment of             ACCOUNT NUMBER  ██████
   the total balance must be received.
                                                     BALANCE DUE    14401.35
                                                     15515 SUNSET BLVD #302
MAKE CHECKS PAYABLE TO:

   VIA DE LA PAZ HOA                                 FELICIA BUSHMAN
   P.O. BOX 51456
   ONTARIO, CA 91761-1046                            15332 ANTIOCH ST #513
                                                     PACIFIC PALISADES   , CA 90272

201004154421180014401353
                                                     RETURN THIS PORTION WITH YOUR REMITTANCE
                                                     KEEP THIS PORTION FOR YOUR RECORDS
```

|  | CHARGES | CREDITS/PAYMENTS |
|---|---|---|
| VIA DE LA PAZ HOA |  |  |
| PREVIOUS BALANCE | 14401.35 |  |
| PAYMENT REC'D 03/16/10 |  | 595.00 |
| MAINT ASSESSMENT-APRIL | 595.00 |  |

[Check image: FELICIA I. BUSHMAN, 15332 ANTIOCH ST. #513, PACIFIC PALISADES, CA 90272, UNION BANK OF CALIFORNIA, BEVERLY HILLS PRIVATE BANKING, 6405, Pay to the order of Via de la paz HOA, $595, "five hundred ninety five", Date 4-1-10]

```
ATTENTION HOMEOWNERS!!  WE HAVE A NEW MAILING ADDRESS
P.O. BOX 51456 ONTARIO, CA 91761-1046.  FOR THOSE WHO
HAVE AUTO PAY THRU YOUR BANK PLEASE UPDATE YOUR RECORDS.
A Late Charge of $59.50 will be assessed if payment is not received by 04/15/10

                              BALANCE DUE BY    04/01/10       14,401.35
```

On Jan 18, 2010, at 11:08 AM, Nicholas Viner wrote:

> I did receive it and am filing it now. Thank you for getting it to me quickly.
>
> On Mon, Jan 18, 2010 at 10:45 AM, felicia bushman <felicia@feliciabushman.com> wrote:
> I faxed it thru, 9 pages, please confim u have received

| In re: | CHAPTER: 13 |
|---|---|
| Felicia Bushman                                            Debtor(s). | CASE NUMBER: 2:09-bk-46006 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

144 North Glendale Ave #228 Glendale, CA 91206

A true and correct copy of the foregoing document described as __DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __4-20-2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4-20, 2010 | Nicholas Viner | /s/ Nicholas Viner |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 9013-3.1
Best Case Bankruptcy

| In re: Felicia Bushman | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-46006 |

## ADDITIONAL SERVICE INFORMATION (if needed):

Trustee
Kathy A Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017


U.S. Trustee
United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017


Condominium Administration Company
5700 Hannum Avenue
Culver City, CA 90230

HSBC
PO Box 60130
City Of Industry, CA 91716-0130

Union Bank of California
P.O. Box 85443
San Diego, CA 92186

Felicia Bushman
15332 Antioch St
Pacific Palisad CA 90272

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy