B6D (Official Form 6D) (12/07)

In re  Felicia Bushman
_____
Debtor

Case No.  2:09-bk-46006
_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
  List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
  If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
  Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community / H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 2918 <br><br> HSBC <br> PO Box 60130 <br> City Of Industry, CA 91716-0130 | | - | 2009 <br><br> home equity line of credit <br><br> residence at 15515 W. Sunset Blvd. #302, Pacific Palisades, CA 90272 <br> value based on current market prices <br> Value $ 803,500.00 | | | | 235,935.00 | 0.00 |
| Account No. xxxx xx2 092 <br><br> Los Angeles County Tax Collector <br> PO Box 54018 <br> Los Angeles, CA 90054-0018 | | - | yearly <br><br> property tax <br><br> residence at 15515 W. Sunset Blvd. #302, Pacific Palisades, CA 90272 <br> value based on current market prices <br> Value $ 803,500.00 | | | | 17,048.89 | 0.00 |
| Account No. xxx7719 <br><br> Union Bank of California <br> P.O. Box 85443 <br> San Diego, CA 92186 | | - | 06/28/2005 <br><br> PMSI <br><br> residence at 15515 W. Sunset Blvd. #302, Pacific Palisades, CA 90272 <br> value based on current market prices <br> Value $ 803,500.00 | | | | 518,949.17 | 0.00 |
| Account No. x1800 <br><br> Via de la Paz HOA <br> c/o CAC Management <br> 5700 Hannum Ave <br> Ste 150 <br> Culver City, CA 90230 | | - | yearly <br><br> HOA <br><br> residence at 15515 W. Sunset Blvd. #302, Pacific Palisades, CA 90272 <br> value based on current market prices <br> Value $ 803,500.00 | | | | 14,282.00 | 0.00 |
| 0  continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 786,215.06 | 0.00 |
| | | | Total <br> (Report on Summary of Schedules) | | | | 786,215.06 | 0.00 |

| In re: | | CHAPTER: 13 |
|---|---|---|
| Felicia Bushman | | CASE NUMBER: 2:09-bk-46006 |
| | Debtor(s). | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

144 N. Glendale Ave #228, Glendale, CA 91206

A true and correct copy of the document described as **AMENDED SCHEDULE D** was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **MAY 12, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 12, 2010 | Daniel Lucid | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 9013-3.1
Best Case Bankruptcy

| In re: Felicia Bushman | Debtor(s). | CHAPTER 13 CASE NUMBER 2:09-bk-46006 |
|---|---|---|

## ADDITIONAL SERVICE INFORMATION (if needed):

**U.S. Bankruptcy Judge**
The Honorable Alan M. Ahart
United States Bankruptcy Court
255 E. Temple Street, Courtroom 1375
Los Angeles, CA 90012

**Chapter 13 Trustee**
Kathy A. Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

**U.S. TRUSTEE**
United States Trustee (LA)
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Debtor**
Felicia I Bushman
15515 W. Sunset Blvd.
Unit 302
Pacific Palisades, CA 90272-3531

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Felicia Bushman
15332 Antioch St
Unit 513
Pacific Palisades, CA 90272


Daniel Lucid
Legal Helpers, P.C.
144 North Glendale Ave.
Suite 228
Glendale, CA 91206


Aga John
8723 Melrose Ave
Los Angeles, CA 90060


Barak Lurie, Esq.
Law Offices of Barak Lurie
11355 W. Olympic Blvd.
Suite 200
Los Angeles, CA 90025


BNP Dist
1866 W 169th St
Unit B
Gardena, CA 90247


Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091


Charles and Charles
5830 Rodeo Rd
Los Angeles, CA 90016


Chase
PO Box 94014
Palatine, IL 60094

```
Citi
Po Box 6241
Sioux Falls, SD 57117


Citi Business
PO Box 44180
Jacksonville, FL 32231


Citi Flex
Po Box 6241
Sioux Falls, SD 57117


Classic Design
19771 Magellan Dr
Torrance, CA 90502


Collection
Attn: Bankrutpcy Department
Po Box 10587
Greenville, SC 29603


Credit One Bank
Po Box 98875
Las Vegas, NV 89193


DPC Woodwork
5714 Pico Blvd
Los Angeles, CA 90019


F. Schumacher and Co
1247 Frederic Dr
Richburg, SC 29729
```

FMS Techniques
13538 Cantara St
Panorama City, CA 91402


Guttman Assoc
118 S Beverly Dr
Beverly Hills, CA 90212


HSBC
PO Box 60130
City Of Industry, CA 91716-0130


Lee Jofa
201 Central Ave South
Bethpage, NY 11714


Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018


Quest Labs
PO Box 78406
Phoenix, AZ 85062


Reborn Antiques
853 N La Cienega Blvd
West Hollywood, CA 90069


Sylvan and Phillips Drapery
12623 W Washington Blvd
Los Angeles, CA 90066

Teresa Rotberg
In care of Barak Lurie, Esq.
Law Offices of Barak Lurie
1135 W. Olympic Blvd. #200
Los Angeles, CA 90025


Transworld Systems
PO Box 4903
Trenton, NJ 08650


Transworld Systems Inc.
9525 Sweet Valley Drive
Cleveland, OH 44125


Union Bank of California
P.O. Box 85443
San Diego, CA 92186


Via de la Paz HOA
c/o CAC Management
5700 Hannum Ave
Ste 150
Culver City, CA 90230


Wells Fargo
Attn: Collection, 1st Floor, M
1 Home Campus
Des Moines, IA 50328


Wells Fargo Card Ser
Po Box 5058
Portland, OR 97208


Witkin and Neil
5805 Sepulveda Blvd
Suite 670
Van Nuys, CA 91411